# United States Court of Appeals

## For the First Circuit

No. 04-2386

UNITED STATES OF AMERICA

Appellee,

v.

JACINTA A. THOMAS, a/k/a JACINTA A. CRASTOUN

Defendant, Appellant

_____

ERRATA

The opinion of this court, issued October 27, 2007, should be amended as follows:

On page 15, line 18, replace "protected" with "protracted."